*The Court approves the dismissal with prejudice*
*s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **BENJAMIN SYNBORSKI,** | ) |
| | ) CASE NO. 1:21-CV-00724 |
| | ) |
| Plaintiff, | ) JUDGE JAMES S. GWIN |
| | ) MAGISTRATE JUDGE DAVID RUIZ |
| v. | ) |
| | ) |
| | ) **NOTICE OF DISMISSAL** |
| **AEG, LLC, et al.** | ) |
| | ) |
| Defendants. | ) |
| | ) |

Now comes Plaintiff, by and through undersigned counsel, and hereby dismisses the above-captioned matter with prejudice, at costs to Defendant, AEG Presents, LLC.

Respectfully submitted,

*/s/ Eric W. Henry*
**ERIC W. HENRY (0086750)**
**THE HENRY LAW FIRM**
8401 Chagrin Road, Suite 17
Chagrin Falls, Ohio 44023
(440) 337-0083 Telephone
(440) 337-0084 Facsimile
eric@erichenrylaw.com

*Attorney for Plaintiff*